IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Nanci Bradberry, | ) | C/A No.: 6:05-1617-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| Provident Life and Accident Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before me upon motion of Theodore D. Willard, Jr., of the firm Montgomery, Patterson, Potts & Willard, L.L.P., attorneys for the Defendant Provident Life And Accident Insurance Company, by and with the consent of Robert E. Hoskins, of the Foster Law Firm, L.L.P., attorneys for Plaintiff, wherein and whereby the Defendant seeks an Order Of Dismissal dismissing the above-titled matter with prejudice. It appearing that the parties have resolved their differences and that the order sought should be granted, now, THEREFORE IT IS,

**ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter be, and the same is hereby dismissed and forever ended with prejudice. This order shall not be res judicata as to any claim Plaintiff may have for long term disability benefits.

_____

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August  31   , 2005
Anderson, South Carolina

**WE SO MOVE:**

_____
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
**MONTGOMERY, PATTERSON, POTTS & WILLARD, L.L.P.**
1517 Hampton Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
(803) 779-3500

ATTORNEYS FOR THE DEFENDANT



**WE CONSENT:**

_____
Robert E. Hoskins
Federal I.D. No.: 5144
**FOSTER LAW FIRM, L.L.P.**
601 East McBee Avenue
Post Office Box 2123
Greenville, South Carolina 29602
(864) 242-6200

ATTORNEYS FOR THE PLAINTIFF